# Court of Appeals
# of the State of Georgia

ATLANTA, January 16, 2024

*The Court of Appeals hereby passes the following order:*

A24A0649. CEDRIC JONES v. KIARA ROBERTS.

Kiara Roberts obtained a 12-month family violence protective order against Cedric Jones, the father of her child.[1] Jones then filed this direct appeal. This Court, however lacks jurisdiction.

An application for discretionary appeal is required to appeal orders in domestic relations cases, including actions arising under the Family Violence Act, OCGA § 19-13-1 et seq. See OCGA § 5-6-35 (a) (2); *Schmidt v. Schmidt*, 270 Ga. 461, 461-462 (1) (510 SE2d 810) (1999), disapproved on other grounds by *Gilliam v. State*, 312 Ga. 60, 64 (860 SE2d 543) (2021). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Jones failed to file a discretionary application, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 01/16/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.

---

[1] The court's order specifically stated that it did not modify or change the existing parenting/visitation order.